754 A.2d 1150

IN THE MATTER OF CHARLES J. SABELLA, AN ATTORNEY AT LAW.

*July 19, 2000.*

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **CHARLES J. SABELLA,** formerly of **RIDGEWOOD,** who was admitted to the bar of this State in 1986, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.4(a) (failure to communicate), *RPC* 1.15 (negligent misappropriation) and *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping); and good cause appearing;

It is ORDERED that **CHARLES J. SABELLA** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.